# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Steven Arthur Martis | )<br>)<br>) Case No.    21-9035 MJ<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

### COUNT ONE

On or about January 23, 2021, in the District of Arizona, STEVEN ARTHUR MARTIS, knowingly transmitted in interstate commerce, with intent to threaten, a communication, that is, a message left on the Washington District Office voicemail system of Senator C.S., containing a threat to injure the person of another, to wit: "Hi C (redacted) … We are coming to get you too… You're dead, so is Nutty N (redacted), Bye," in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See attached statement of probable cause incorporated by reference.**

AUTHORIZED BY:  AUSA Kristen Brook

☒ Continued on the attached sheet.   KRISTEN BROOK  *Digitally signed by KRISTEN BROOK*
*Date: 2021.01.29 19:48:03 -07'*

*Complainant's signature*

Donald Ferreira, Special Agent, FBI
*Printed name and title*

Sworn to me telephonically and signed.

Date: January 29, 2021    @ 8:23 pm

*Judge's signature*

City and state:  Phoenix, Arizona         Eileen S. Willett, United States Magistrate Judge
*Printed name and title*

21-9035 MJ

## STATEMENT OF PROBABLE CAUSE

I, Donald A. Ferreira, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  Your affiant is employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and he has been so employed since September 2015. Your affiant has more than 5 years of experience as a sworn law enforcement officer – and 13 years of Federal service. Your affiant is currently assigned to the FBI Phoenix Division, Lake Havasu City Resident Agency and is charged with the investigation of crimes occurring in Lake Havasu City, Arizona as well as surrounding areas to include Bullhead City, Arizona. Your affiant's primary duties include the investigation of violent crimes committed in and around the surrounding areas of Lake Havasu City, Arizona in the District of Arizona.

2.  The information contained in this affidavit is based upon your affiant's personal knowledge, training, experience, as well as information provided by other law enforcement officers and witnesses including those listed herein. Your affiant has not included every fact known to him concerning this investigation.

3.  This case involves the investigation of threats made to United States Representatives and a United States Senator utilizing interstate commerce by Steven Arthur Martis (hereafter, "MARTIS"). MARTIS resides at an extended stay motel (hereafter, the "Motel"), located in Bullhead City, Arizona, where he has lived for nearly three years.

4.  On January 23, 2021, from his home residence at the Motel, MARTIS did knowingly transmit in interstate commerce, with intent to threaten, a voice message, containing threats to kill Representative N.P. and U.S. Senator C.S., in violation of Title 18, United States Code, § 875(c) Interstate Communications/Threats.

### PROBABLE CAUSE

5.  On or about January 20, 2020, at approximately 2:39 A.M. (EST) an individual later identified as MARTIS called the Office of Congressman A.S. in Washington D.C. from telephone number 928-487-3966 and left a voicemail message. The United States Capitol Police (USCP) identified that the message was left from telephone number 928-487-3966. The USCP transcribed the voicemail as follows: "Well

1

hello there A (redacted), you know what? Your impeachment failed! You're a fucking piece of garbage and we're going to wipe the fucking streets of fucking D.C. with you, you stupid piece of shit. Yea, go ahead and suck George Soros' c***(redacted) while Obama fucks you in the a** (redacted) (sinister laughing) cause we're going to put a bullet in your head. You're dead."

6. On or about January 30, 2020, through investigative steps, your affiant learned that telephone number 928-487-3966, was being utilized through a Voice Over Internet Protocol system also known as a (VOIP). Your affiant is aware that VOIP systems allow individuals to make telephone calls utilizing the internet. After further investigation, it was determined that telephone number 928-487-3966 belonged to a Magic Jack customer and was ascribed to and paid for by the owners of the Motel in Bullhead City, Arizona. Simply put, the Motel owners purchased a Magic Jack device, which is VOIP enabled and one of the assigned telephone numbers for the Motel is 928-487-3966.

7. Your affiant has learned that the Motel's VOIP-enabled Magic Jack system is assigned a total of five telephone numbers from Magic Jack. Each room is not assigned a specific telephone number. Rather when making an outbound call from the Motel, one of three known phone numbers will be utilized; the remaining two are for inbound calls. One of the three assigned telephone numbers for outbound calls is 928-487-3966. This phone number is only assigned, via Magic Jack, to the Motel.

8. During an interview with an employee of the Motel, your affiant played the voicemail and the employee immediately recognized the voice as being MARTIS, a tenant of the Motel, whom he has known for years.

9. On February 4, 2020, your affiant interviewed MARTIS, and questioned him about the voicemail message left on the voicemail system of United States Congressman A.S. During the interview, MARTIS was played the voicemail in its entirety. MARTIS stated it was his voice in the message. MARTIS said A.S. deserves to get his "ass whooped" and that he would like to punch him in the face. MARTIS denied that the voice message was a threat. MARTIS said he had made the call because he believed he could get Congressman A.S. to change what he was doing. MARTIS admitted that maybe he should have worded things differently. Your affiant informed MARTIS that what he was doing

2

was breaking the law and there was a difference between contacting your congressman or congresswoman with concerns versus making threats against their lives. MARTIS advised that he just wouldn't call them again.

10. On or about January 17, 2021, at approximately 2:26 A.M. (EST), your affiant believes that MARTIS called the Office of Congresswoman N.P. in Washington D.C., again from telephone number 928-487-3966 and left two voicemail messages. The USCP identified that the messages were both left from telephone number 928-487-3966. The USCP transcribed the voicemails as follows: "Hi N (redacted), I'm coming to kill you c***(redacted), Bye." A few minutes later the same individual called again from telephone number 928-487-3966 and left the following voicemail: "you're dead c***(redacted)".

11. On or about January 23, 2021, at approximately 2:04 A.M. (EST) your affiant believes there is probable cause that MARTIS called the Office of Senator C.S. in Washington D.C. from telephone number 928-487-3966 and left a voicemail message. The USCP identified that the message was left from telephone number 928-487-3966. The USCP transcribed the voicemail as follows: "Hi C (redacted) you stupid fucking asshole. We are coming to get you too. There is another civil war brewing because of your stupid socialist assholes. You're dead. So is nutty N (redacted). BYE!"

12. Your affiant has listened to the January 17, 2021, January 23, 2021, and January 20, 2020 calls and all three of them sound like they are the same person. Additionally, your affiant is familiar with MARTIS' voice based on my February 4, 2020 interview, and all three voice messages sound like MARTIS did in his interview. The messages are similar in tone, intonation, cadence and word choice. As explained above, all three voice messages were left from the same telephone number 928-487-3966.

## CONCLUSION

13. For these reasons, this affiant submits that there is probable cause to believe that on January 23, 2021, MARTIS, did knowingly transmit in interstate commerce, with intent to threaten, a voice message, containing threats to kill Representative N.P. and U.S. Senator C.S., in violation of Title 18, United States Code, § 875(c) Interstate Communications/Threats.

*Donald Fia*

Donald A. Ferreira
F.B.I. Special Agent

Telephonically sworn to and subscribed before me this 29th day of January, 2021.   @ 8:23 pm

*EsWillett*

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge

4